# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

MICHAEL JOHNSON )
Plaintiff )
)
vs. )  Case No: 19
)
C/O BUCHENAU #9990 )
C/O COPELAND )
Lt. SKEEN )  12-1127
C/O BEST   et al. )
Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, MICHAEL JOHNSON, and states as follows:

My current address is: Pontiac Correctional Center, P.O. Box 99, Pontiac, IL. 61764

The defendant C/O BUCHENAU #9990, is employed as A Correctional Officer at Pontiac Correctional Center

The defendant C/O Copeland, is employed as A Correctional Officer at Pontiac Correctional Center

The defendant _Lt. Skeen_, is employed as _A Lieutenant_ at _Pontiac Correctional Center_

The defendant _C/o Best_, is employed as _A Correctional officer_ at _Pontiac Correctional Center_

(revised 9/96)

The defendant _Lt. Cheech_, is employed as _A Lieutenant_ at _Pontiac Correctional Center_

Additional defendants and addresses _On Attached Sheet._

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

ADDITIONAL PLAINTIFFS LIST

THE DEFENDANT C/O ROBINSON, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O KHAUSHAIR #6506, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT NURSE HEIDI, IS EMPLOYED AS A NURSE AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O LINDSEY, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O LORRANT #6512, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O TRAINER, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O LEWIS, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT C/O CUNNINGHAM, IS EMPLOYED AS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER

THE DEFENDANT WARDEN PFISTER, IS EMPLOYED AS A WARDEN AT PONTIAC CORRECTIONAL CENTER

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

6. Approximate date of filing of lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☐   No ☑   THE INSTITUTION IS REFUSING TO RESPOND TO PLAINTIFF'S GRIEVANCE & ARE NOT SENDING OUT MY LEGAL MAIL. PONTIAC STAFF IS NOT ANSWERING MY GRIEVANCES.

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence  Pontiac Correctional Center

Date of the occurrence  March 5th, 2012

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On March 5th, 2012, I, Michael Johnson, was assaulted by correctional officers C/O Copeland & C/O Buchenau #9990 in the presence of Lt. Skeen, C/O Best, Lt. Cheech, C/O Robinson & C/O Khaushair #6506. As a result I suffered from injuries in which was brought upon me by C/O Copeland & Buchenau #9990. I was choked out, subjected to excessive force with handcuffs on, stripped naked, had my face ran into a concrete wall, punched in my side while I had handcuffs on, forced to a cell with no clothing, no mattress, no sheets, no blankets, no running water, no toilet paper, no control of the light in which stayed on 24 hours a day, & I was not fed by correctional officers Thainer & C/O Louhant #6512. I was denied medical treatment for my injuries in which I was bleeding from as seen by Nurse Heidi & have been the subject of harassment & cruel & unusual punishment as

Documented In The Attached Grievance Marked Exhibit "A". Two paged Grievance Attached. For Filing Procedures & To Be Distributed To All Appropriate Parties. I Also Have A Grievance That Was Sent Back To Me In An Institutional Envelope For Legal Mail That Was Not Allowed To Go out by The Staff of Pontiac. They would not Allow Me To Process The Grievance & The Institutional Note Posted on it Proves It.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

To Be Compensated For Suffering & Injuries, Compensatory & Punitive Damages For All The Ill I Was Subject To At The Direct Hands Of Correctional Officers As Documented In Attached Grievance Marked Exhibit "A". Also For Being Denied Medical Assistance My Medical Personnel. To Be Compensated For Mental Illness, Emotional Damage & Fear Of My Safety.

**JURY DEMAND**          Yes ☑    No ☐

Signed this 21st day of April, 2012.

Michael Johnson

(Signature of Plaintiff)

Name of Plaintiff: Michael Johnson

Address: P.O. Box 99, Pontiac, IL 61764

Inmate Identification Number: R63104

Telephone Number: N/A

Sent Grievance To Counselor on 3-16-12

Exhibit "A"

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 3-9-12 | Offender: (Please Print) Michael Johnson | ID#: R63104 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Cruel & unusual punishment Violation of Eighth Amendment right

Facility where issued: ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

PAGE 1 of 2

**Brief Summary of Grievance:** I am grieving this issue due to the fact that I, Michael Johnson #R63104, was assaulted & battered intentionally & knowingly by C/O Copeland & C/O Buchnaue in the presence of Lt. Skeen, C/O Best, Lt. Creech, C/O Robinson & C/O Khaushair #6506 on the date of 3/5/12. On March 5th, 2012, Lt. Skeen & C/O Copeland escorted me out of East House for flooding my cell, cell 820, due to an issue I was protesting about prior to being cuffed up. Me & C/O Copeland & Lt. Skeen had words arguing about what I did & why. As I was being escorted to North House by C/O Copeland & Lt. Skeen, C/O Copeland was twisting my left arm asking me to "act tough now." Note: Prior to being escorted I told

**Relief Requested:** For corrective actions to follow & to be compensated for suffering & injuries. For an investigation to be conducted. For an investigation to be conducted on all officers listed in this complaint.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson   R63104   3/9/12
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

C/O Copeland he was a big softie. About a little bit over half way to North House we approached other officers one being C/O Buchnave. C/O Copeland told C/O Buchnave that "we got a flooder" or something to the effect of we have a tough guy who flooded the cell or something similar. C/O Buchnave then grabbed my right side in such a way, with C/O Copeland still twisting my left arm, to bend me over forward & run me face first into the brick wall at the entrance of North House busting my chin open. Lt. Skeen witnessed the whole thing without saying a word to stop it. C/O Buchnave went & opened North House door. C/O Copeland was pushing my face against the brickwall telling me I wasn't so tough now. All this took place on the 3 to 11 shift after dinner on 3/5/12. I was then escorted in the North House entrance by C/O Copeland & escorted to a cage where I was tooken in & thrown on the floor by C/O Copeland who immediately dropped a weighted knee in the middle of my back. C/O Buchnave placed a knee on the left side of my face as my right side was on the ground. My shoes & socks were then pulled off by someone. C/O Buchnave removed his knee from my face as C/O Copeland uncuffed me while still holding his weight on me. C/O Buchnave pulled down the top half of my jumpsuit getting my hands & arm out of it. My T-shirt was pulled off secondly & I was recuffed. C/O Buchnave replaced his knee on my face & leaned over to hold my already cuffed hands while C/O Copeland pulled my jumpsuit completely off me. He also pulled my boxers off rendering me completely naked. I was then pulled up & cuffed to a bench. Throughout the whole ordeal Lt. Cheech, C/O Best, C/O Robinson, Lt. Skeen, & C/O Khaushair #10506 stood outside the cage witnessing these officers engage in excessive force without being provoked. While cuffed naked to the bench in the cage the party of officers dispersed all but C/O Khaushair #10506 & C/O Buchnave. Moments later C/O Buchnave entered the cage & uncuffed me from the bench. C/O Buchnave & C/O Khaushair #10506 directed me to face the cage where C/O Buchnave asked me a question I did not answer in which resulted in me being punched in my right side middle gut section. C/O Buchnave then grabbed my neck/throat, while saying something & choked me until I semi passed out. I literally passed out for a second. C/O Khaushair & C/O Buchnave was holding me up as I regained my focus & balance. While Lt. Cheech & C/O Robinson approached & took possession of me to escort me to a cell. I was then escorted naked to cell 111 of North House with a bleeding chin, knee, & suffering from a sore throat, back & pain in my face. I was placed in cell 111 of North House with no mattress, no sheets, no toilet paper, no pen, no writing paper, no blanket, no running water in the toilet or sink & placed on strip out status with nothing but given a single pair of boxers & that's it. On top of this I had no control

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Exhibit "A"

| | |
|---|---|
| Date: 3-9-12 | Offender: (Please Print) Michael Johnson  ID#: R63104 |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Cruel & Unusual Punishment
- [ ] Disciplinary Report: ___ / ___ / ___
      Date of Report         Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

PAGE 2 OF 2

**Brief Summary of Grievance:** of the functioning of the light & could not turn the light off. & the ventilation system had a blower blowing cold air all night & day. While in the cell for sometime Nurse Heidi/Hiedi on the 3-to-11 shift on 3-5-12 was making rounds passing out medication. I stopped Nurse Heidi/Hiedi & the officer she was escorted by, name not available. I told Nurse Heidi/Hiedi I had just been assaulted & battered by correctional officers & showed her my injuries & told her I needed medical attention. Nurse Heidi/Hiedi observed me & said she'll see & moved on. I was never given medical attention. Later on at eleven o'clock count I covered up my cell windows in protest of the treatment I

**Relief Requested:** For corrective actions to follow & to be compensated for suffering & injuries. & for an investigation to be conducted. To be compensated for humiliation, pain & suffering forced upon Grievant.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson            R63104       3 / 9 / 12
Offender's Signature         ID#           Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___ / ___ / ___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name         Counselor's Signature        Date of Response

### EMERGENCY REVIEW

Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature         ___ / ___ / ___ Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

was receiving. C/O Lindsey banged on my door but I was non responsive. C/O Lindsey called for a Lt. & a major or other C/O's & a Lt. asked me what was the problem. I told the Lt. I was not on a suicide watch nor did I ask for a crisis team nor did I attempt to hurt myself or anyone else for that matter. I told him I had no mattress, no sheets, no clothes, no blanket & could he at least get me a mattress & some sheets. I received nothing. After going back & forth with C/O Lindsey for a while C/O Lindsey finally brought me a blanket at about 4:00 o'clock in the morning on 3-6-12. Hours later breakfast was being passed out & C/O Louhart #6512 refused to give me a tray because I had smeared feces on the window in protest of the wrongful treatment I received prior to breakfast. C/O Louhart #6512 wrote me up a ticket on 3-6-12. Again I covered up my windows in protest of not being given a breakfast tray & a Lt. & C/O Lewis came to my cell. C/O Lewis got me to cuff up eventually & as he had me cuffed up he, Lewis, asked me what was all this about & I told C/O Lewis that I was not given a breakfast tray. I was then removed from the cell & after a while placed in another cell, cell 139, with nothing but a mattress. I had nothing else & the water was cut off. I ate lunch & went to sleep. I woke up at dinner & C/O Buchnaue was passing out trays. When C/O Buchnaue got to my cell he said "Fuck him" & did not give me a dinner tray. I did not eat dinner. I am still suffering from the injuries I sustained & though I sent out a medical request form & money voucher asking for medical services I have not received any as of yet. I gave the medical request form slip to C/O Kraushair #6560 on 3-8-12. It is now 3-9-12 & I have no clothes, no sheets, no blankets, no anything. My water was turned on by C/O Cunningham on 3-8-12 on the 3 to 11 shift. I was only able to write this up because counselor Eilts made rounds on 3-8-12 & gave me a pen. Please place a copy in my master file. Due to the fact that my grievances have not been responded to in the past I I forward a copy to the counselor, assistant warden, governor of Illinois, & to Springfield. - 3-9-12
C/O Buchnaue properly spelled C/O Buchenau #4990
My property was taken from me
& I have not received any of it
nor given an inventory sheet or
anything concerning the whereabouts
& condition of my property.
on 3-8-12 I asked for a jumpsuit to no avail. on 3-9-12 I asked
C/O Cunningham on the 3 to 11 shift for a jumpsuit to no avail.

Michael Johnson
R63104

I am still on strip not status four days later.

I also sent out a copy to warden Pfister on 3-9-12

grievant was spayed in a cell with no lights that stays on twenty four hours a day fighting the defining grievant of sleep leaving grievant in an agitated mental & psychological state violating my eighth amendment right subjecting grievant to cruel & unusual punishment. Cell #ff of north house light does not ever turn off.